# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CASELAS, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:21-cv-00030-JRG-RSP |
| FIRST COMMUNITY BANCSHARES, INC., | § § § § | LEAD CASE |
| EASTMAN CREDIT UNION, | § § § | Case No. 2:21-cv-00013-JRG-RSP MEMBER CASE |
| *Defendants*. | § | |

## ORDER

Before the Court is the Stipulation of Dismissal filed by Plaintiff Caselas LLC and Defendant Eastman Credit Union (the "Stipulation") (Dkt. No. 76). In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action in Case No. 2:21-cv-00013-JRG-RSP are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees. Further, the Clerk of the Court is directed to **CLOSE** Case No. 2:21-cv-00013-JRG-RSP and **MAINTAIN AS OPEN** Case No. 2:21-cv-00030-JRG-RSP as other consolidated defendants remain.

**So ORDERED and SIGNED this 25th day of October, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE